

FILED
MAY 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Ignacio DOMINGUEZ-Felix<br><br>Defendant. | Magistrate Case No.:<br>**08 MJ 8412**<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>Felony) |

The undersigned complainant being duly sworn states:

That on or about May 11, 2008, within the Southern District of California, defendant Ignacio DOMINGUEZ-Felix, did knowingly and intentionally import approximately 8.18 kilograms (17.996 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Mario Vazquez, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 13th DAY OF MAY 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Ignacio DOMINGUEZ-Felix

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Mario Vazquez.

On May 11, 2008, at approximately 1630 hours, Ignacio DOMINGUEZ-Felix entered the United States at the Calexico, California, West Port of Entry. DOMINGUEZ was the driver and registered owner of a 1998 Jeep Grand Cherokee, bearing Baja California, Mexico license plate AJA1196.

The primary inspector, Customs and Border Protection Officer (CBPO) Ash received a negative Customs declaration from DOMINGUEZ. DOMINGUEZ stated that he was in route to the Calexico area to do some shopping. During a cursory inspection CBPO Ash noticed a tow bar in the rear cargo area. DOMINGUEZ stated that he was going to pick up a vehicle for export to Mexico. DOMINGUEZ and the vehicle were referred to secondary inspection to pay a users fee for the tow bar.

In the vehicle secondary lot, a canine inspection of the vehicle was performed. The canine alerted and responded to the bottom of the vehicle DOMINGUEZ was driving.

A subsequent inspection of the vehicle revealed 23 packages concealed in specially built compartments within the transfer case and front differential of the vehicle. CBPO Garcia probed one of the packages which revealed a white powdery substance that field-tested positive for methamphetamine. The 23 packages had a combined net weight of approximately 8.18 kilograms (17.996 pounds).