✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

| | |
|---|---|
| Date | Signature |
| | Print Name                                      Bar Number |
| | Address |
| | City                  State                  Zip Code |
| | Phone Number                                    Fax Number |

1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Ignacio Dominguez-Felix

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA,    )    Case No. 08MJ8412
                                  )
12 |       Plaintiff,              )
                                  )
13 | v.                            )    **CERTIFICATE OF SERVICE**
                                  )
14 | IGNACIO DOMINGUEZ-FELIX,      )
                                  )
15 |       Defendant.              )
   | _____ )

17        Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                        U.S. Attorney CR
                     Efile.dkt.gc2@usdoj.gov

20                                          Respectfully submitted,

22 DATED:    May 15, 2008                   /s/ Elizabeth M. Barros
                                            **ELIZABETH M. BARROS**
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Ignacio Dominguez-Felix