UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 1632 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IGNACIO DOMINGUEZ-FELIX,<br><br>    Defendant. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |

The grand jury charges:

Count 1

On or about May 11, 2008, within the Southern District of California, defendant IGNACIO DOMINGUEZ-FELIX did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 8.18 kilograms (17.99 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

WMC:fer:Imperial
5/16/08

## Count 2

On or about May 11, 2008, within the Southern District of California, defendant IGNACIO DOMINGUEZ-FELIX did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 8.18 kilograms (17.99 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 21, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney