David Elden (SBN46684)
Law Office of David A. Elden
11377 W Olympic Blvd 10th Fl
Los Angeles, CA, 90064-1625
Telephone: (310) 446-3000
Facsimile: (310) 478-2200

Attorney for Defendant
IGNACIO DOMINGUEZ-FELIX

**FILED**
MAY 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF  DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, EL CENTRO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IGNACIO DOMINGUEZ-FELIZ<br><br>Defendant. | Case No. 08-CR-1632-LAB<br><br>**SUBSTITUTION OF ATTORNEY AS TO IGNACIO DOMINGUEZ-FELIZ** |

Defendant IGNACIO DOMINGUEZ-FELIZ hereby substitutes DAVID ELDEN as attorney of record in place of ELIZABETH BARROS of the Federal Defenders of San Diego.

Dated: 5/27/08

_____
IGNACIO DOMINGUEZ-FELIZ

I consent to the above substitution.

Dated: 5/27/08

_____
ELIZABETH BARROS

I accept the above substitution.

Dated: 5/27/08

_____
DAVID ELDEN

**IT IS SO ORDERED:**

Dated: 5-27-08

_____
HONORABLE PETER C. LEWIS
UNITED STATES DISTRICT COURT